UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:25-cv-02997-MAR** | Date:  September 11, 2025 |
| Title:  <u>Yana Paskova v. The Korea Times Los Angeles, Inc.</u> | |

Present: The Honorable:  <u>MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE</u>

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On April 7, 2025, Plaintiff Yana Paskova ("Plaintiff") filed a complaint against Defendant The Korea Times Los Angeles, Inc.  ECF Docket No. 1 ("Complaint").  Defendant executed a waiver of service on June 4, 2025, and therefore was required to file an answer or responsive motion by August 4, 2025.  Dkt. 8.  The time for Defendant to answer the Complaint has now passed, and they have not answered or otherwise responded to the Complaint.  <u>See</u> Fed. R. Civ. P. 12(a)(2), (b).  However, Plaintiff has not moved for entry of default.  <u>See</u> Fed. R. Civ. P. 55(a).

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  <u>See</u> Fed. R. Civ. P. 41(b); <u>Wolff v. California</u>, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b).  <u>Anderson v. Air W., Inc.</u>, 542 F.2d 522, 524 (9th Cir. 1976).  Here, it appears that Plaintiff has failed to prosecute the case with reasonable diligence because he has failed to request an entry of default for over a month.

Accordingly, the Court, on its own motion, orders Plaintiff to request an entry of default, or to show cause in writing as to why he has not done so, on or before October 2, 2025.  **Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to one or more defendant(s) for failure to prosecute and comply with court orders.  <u>See</u> Fed. R. Civ. P. 41(b).  Within thirty days of any entry of default, Plaintiff must move for default judgment or, again, this action will likely be dismissed for failure to prosecute.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:25-cv-02997-MAR**                                           Date:  September 11, 2025

Title:    *Yana Paskova v. The Korea Times Los Angeles, Inc.*

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |